IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JEREMEY P. WEBER, | |
| Plaintiff, | No. C14-1009-LRR |
| vs. | ORDER |
| PREMIUM ASSET SERVICES, LLC, | |
| Defendant. | |

Appropriate action was not taken in this case within the time provided in the Court's Order dated July 23, 2014 (docket number 5).

Accordingly, IT IS ORDERED:

That Plaintiff takes nothing and this action is dismissed.

DATED: August 7, 2014

                                            ROBERT L. PHELPS, CLERK OF COURT
                                            U.S. District Court for the Northern District of Iowa

                                            By:     s/Sarah K. Melvin
                                                            Deputy Clerk